149 So.2d 764

**S. P. BEDINGFIELD**

v.

**Tiny WATSON et al.**

No. 46570.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

149 So.2d 765

**The STATE of Louisiana ex rel. Bernell HAMPTON**

v.

**Victor G. WALKER, Warden, Louisiana State Penitentiary et al.**

No. 46572.

Feb. 8, 1963.

Writs refused. Applicant has made no showing which would warrant this Court to exercise its supervisory jurisdiction or to issue an alternative writ of habeas corpus under its original jurisdiction.

149 So.2d 765

**Gustave JUDICE**

v.

**Fernand OUBRE.**

No. 46573.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

149 So.2d 765

**STATE of Louisiana ex rel. Clarence JOHNSON**

v.

**Jim GARRISON, District Attorney, Parish of Orleans.**

No. 46552.

Feb. 8, 1963.

The application is denied. In view of the record as made up, particularly the return of the trial judge, relator is not entitled to the relief sought.